O
JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS DELGADO MORALES,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>FRANK X. CHAVEZ, Warden,<br><br>　　　　　Respondent. | Case No. EDCV 11-2047 JGB (SS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: February 14, 2014

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE